Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−17874−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Allan D. Kline<br>fdba Kline Consulting Group LLC, a<br>separate legal entity<br>1 Stanwood Court<br>Medford, NJ 08055 | Lora C. Kline<br>dba Family History Detective LLC<br>1 Stanwood Court<br>Medford, NJ 08055 |

Social Security No.:
　xxx−xx−4750　　　　　　　　　　　　　　　　xxx−xx−4977

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

　　Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: July 1, 2019
JAN: admi

　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Allan D. Kline  
Lora C. Kline  
    Debtors

Case No. 19-17874-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 01, 2019  
                              Form ID: finmgtc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2019.  
db/jdb       +Allan D. Kline,    Lora C. Kline,    1 Stanwood Court,    Medford, NJ 08055-9358

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:43    U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534  
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40    United States Trustee,    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ 07102-5235

                                                                                                                                                           TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2019 at the address(es) listed below:  
           Bunce Atkinson     bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
           Kevin Gordon McDonald     on behalf of Creditor     Bayview Loan Servicing LLC.     kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Steven R. Neuner     on behalf of Debtor Allan D. Kline sneuner@nv-njlaw.com,     ETomlinson@nv-njlaw.com  
           Steven R. Neuner     on behalf of Joint Debtor Lora C. Kline sneuner@nv-njlaw.com,     ETomlinson@nv-njlaw.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                     TOTAL: 5