**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Allan D. Kline | Social Security number or ITIN  xxx–xx–4750 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Lora C. Kline | Social Security number or ITIN  xxx–xx–4977 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–17874–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Allan D. Kline
fdba Kline Consulting Group LLC, a separate legal entity

Lora C. Kline
dba Family History Detective LLC

7/19/19

**By the court:**  Kathryn C. Ferguson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-17874-KCF
Allan D. Kline                                                  Chapter 7
Lora C. Kline
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 2               Date Rcvd: Jul 19, 2019
                             Form ID: 318             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
db/jdb         +Allan D. Kline,   Lora C. Kline,   1 Stanwood Court,    Medford, NJ 08055-9358
518190264      +AT&T Universal Citi Card,   Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518190265      +Bank Of America,   4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518190268      +Berkshire Hathaway Home Services Fox & R,   352 Stokes Road, Suite 1,    Medford, NJ 08055-8477
518190272      +Chase Mortgage,   Mail Code: OH4-7302,    Po Box 24696,   Columbus, OH 43224-0696
518190273      +Citibank North America,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518190274      +Citibank/Best Buy,   Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518190275      +Citibank/Sunoco,   Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518190276      +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
518190279      +Equifax Credit Information Services, Inc,    PO Box 740241,    Atlanta, GA 30374-0241
518190280       Experian,   29 BROADWAY FL 6,   New York, NY 10006-3101
518190289      +Frank and Cheryl Rubba,    36 Turtle Creek Drive,   Medford, NJ 08055-2305
518190282      +John Morton, Esq.,   110 Marter Avenue, Ste 301,    Moorestown, NJ 08057-3124
518190285      +Medford Mill Condomimium Assocation,    PO Box 276,   Medford, NJ 08055-0276
518190286       Nissan Motor Acceptance Corp.,   Attn: Bankruptcy Department,    PO Box 660366,
                 Dallas, TX 75266-0366
518190287      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
518190288       Phillips & Cohen Associates, Ltd,    Mail Stop: 872,    1002 Justinson Street,
                 Wilmington, DE 19801-5148
518190283      +Sandra Kruger,   506 Pine Street,   Philadelphia, PA 19106-4111
518190292      +Trans Union Consumer Solutions,    PO Box 2000,   Chester, PA 19016-2000
518190294      +Zwicker and Associates PC,    80 Minuteman Rd.,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2019 00:30:01     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2019 00:29:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518190263      +EDI: AMEREXPR.COM Jul 20 2019 03:48:00      Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
518190266      +EDI: TSYS2.COM Jul 20 2019 03:48:00      Barclays Bank Delaware,   Attn: Correspondence,
                 Po Box 8801,   Wilmington, DE 19899-8801
518190267      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 20 2019 00:30:32
                 Bayview Loan Servicing LLC,    4425 Ponce de Leon Blvd, 5th Floor,   Miami, FL 33146-1837
518190269      +EDI: CAPITALONE.COM Jul 20 2019 03:48:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518190270      +EDI: CAPITALONE.COM Jul 20 2019 03:48:00      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
518190271      +EDI: CHASE.COM Jul 20 2019 03:48:00      Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
518190277      +EDI: CITICORP.COM Jul 20 2019 03:48:00      Citicards Cbna,   Citi Bank,   Po Box 6077,
                 Sioux Falls, SD 57117-6077
518190278      +EDI: DISCOVER.COM Jul 20 2019 03:48:00      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
518190281       EDI: FORD.COM Jul 20 2019 03:48:00     Ford Motor Credit,   PO Box 542000,
                 Omaha, NE 68154-8000
518190284      +EDI: FORD.COM Jul 20 2019 03:48:00      Lincoln Automotive Financial Service,   Attn: Bankruptcy,
                 Po Box 542000,   Omaha, NE 68154-8000
518190290      +EDI: RMSC.COM Jul 20 2019 03:48:00      Syncb/citgo,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
518193501      +EDI: RMSC.COM Jul 20 2019 03:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518190291      +EDI: RMSC.COM Jul 20 2019 03:48:00      Synchrony Bank/Gap,   Attn: Bankruptcy Dept,
                 Po Box 965060,   Orlando, FL 32896-5060
518190293      +EDI: WFFC.COM Jul 20 2019 03:48:00      Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 19, 2019
                              Form ID: 318             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
              Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing LLC.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Steven R. Neuner    on behalf of Debtor Allan D. Kline sneuner@nv-njlaw.com,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Joint Debtor Lora C. Kline sneuner@nv-njlaw.com,
               ETomlinson@nv-njlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 5
```