UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: ALLAN D. KLINE AND LORA C. KLINE,

Case No.: 19-17874
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____August 20, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____2____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 36 Turtle Creek Drive, Medford, NJ 08055($117,000.00)

Liens on property:
Bayview Loan Servicing, LLC
4425 Ponce de Leon
Blvd, 5th Floor
Miami, FL 33146
($95,804.00)

Amount of equity claimed as exempt: $6,500.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-17874-KCF
Allan D. Kline                                                            Chapter 7
Lora C. Kline
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jul 25, 2019
                              Form ID: pdf905          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2019.
```
db/jdb         +Allan D. Kline,   Lora C. Kline,   1 Stanwood Court,   Medford, NJ 08055-9358
518190264      +AT&T Universal Citi Card,   Attn: Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518190263      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518190265      +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518190266      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518190268      +Berkshire Hathaway Home Services Fox & R,   352 Stokes Road, Suite 1,   Medford, NJ 08055-8477
518190271      +Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,   Wilmington, DE 19850-5298
518190272      +Chase Mortgage,   Mail Code: OH4-7302,   Po Box 24696,   Columbus, OH 43224-0696
518190273      +Citibank North America,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518190274      +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
518190275      +Citibank/Sunoco,   Citibank Corp/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518190276      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518190277      +Citicards Cbna,   Citi Bank,   Po Box 6077,   Sioux Falls, SD 57117-6077
518190279      +Equifax Credit Information Services, Inc,   PO Box 740241,   Atlanta, GA 30374-0241
518190280       Experian,   29 BROADWAY FL 6,   New York, NY 10006-3101
518190281       Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
518190289      +Frank and Cheryl Rubba,   36 Turtle Creek Drive,   Medford, NJ 08055-2305
518190282      +John Morton, Esq.,   110 Marter Avenue, Ste 301,   Moorestown, NJ 08057-3124
518190284      +Lincoln Automotive Financial Service,   Attn: Bankruptcy,   Po Box 542000,
                 Omaha, NE 68154-8000
518190285      +Medford Mill Condomimium Assocation,   PO Box 276,   Medford, NJ 08055-0276
518190286       Nissan Motor Acceptance Corp.,   Attn: Bankruptcy Department,   PO Box 660366,
                 Dallas, TX 75266-0366
518190287      +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
518190288       Phillips & Cohen Associates, Ltd,   Mail Stop: 872,   1002 Justinson Street,
                 Wilmington, DE 19801-5148
518190283      +Sandra Kruger,   506 Pine Street,   Philadelphia, PA 19106-4111
518190292      +Trans Union Consumer Solutions,   PO Box 2000,   Chester, PA 19016-2000
518190293      +Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 10438,   Des Moines, IA 50306-0438
518190294      +Zwicker and Associates PC,   80 Minuteman Rd.,   Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 26 2019 00:08:57     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 26 2019 00:08:56     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518190267      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 26 2019 00:09:18
                 Bayview Loan Servicing LLC,   4425 Ponce de Leon Blvd, 5th Floor,   Miami, FL 33146-1837
518190269      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 00:13:59     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518190270      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 00:13:28     Capital One Na,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518190278      +E-mail/Text: mrdiscen@discover.com Jul 26 2019 00:08:06     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
518190290      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 00:14:21     Syncb/citgo,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518193501      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 00:13:49     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518190291      +E-mail/PDF: gecsedi@recoverycorp.com Jul 26 2019 00:14:22     Synchrony Bank/Gap,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 9
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 25, 2019
                              Form ID: pdf905          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
              Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing LLC.
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Steven R. Neuner    on behalf of Debtor Allan D. Kline sneuner@nv-njlaw.com,
               ETomlinson@nv-njlaw.com
              Steven R. Neuner    on behalf of Joint Debtor Lora C. Kline sneuner@nv-njlaw.com,
               ETomlinson@nv-njlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```