Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–17874–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Allan D. Kline
fdba Kline Consulting Group LLC, a
separate legal entity
1 Stanwood Court
Medford, NJ 08055

Lora C. Kline
dba Family History Detective LLC
1 Stanwood Court
Medford, NJ 08055

Social Security No.:
xxx–xx–4750                                           xxx–xx–4977

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 27, 2019            Kathryn C. Ferguson
                                  Judge, United States Bankruptcy Court